**IT IS ORDERED as set forth below:**

**Date: March 15, 2011**

_____
**Margaret H. Murphy**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JAMES EDWARD WILSON, | : | CASE NO. 10-96802-MHM |
| TIFFANY FELICIA WILSON, | : | |
| | : | |
| DEBTORS. | : | |

**ORDER DISMISSING CHAPTER 13 CASE**
**PURSUANT TO 11 U.S.C. SECTION 109(g)**

Hearing on confirmation of the Debtors' Chapter 13 Plan came
before the Court February 24, 2011 upon proper notice.

In his written Objection to Confirmation filed February 2,
2011 the Chapter 13 Trustee ("Trustee") moved to dismiss the
instant case pursuant to 11 U.S.C. Section 109(g). In his
objection to confirmation, and in support of his request to
dismiss pursuant to 11 U.S.C. Section 109(g), Trustee showed the
Court the following:

Debtors have filed one (1) previously unsuccessful Chapter
13 case:  Case No. 10-66173 filed April 7, 2010 and dismissed

prior to confirmation July 12, 2010. In prior case 10-66173,
Debtors failed to maintain plan payments.  Trustee reports that
Debtors made only one plan payment. In the instant case, Debtors
failed to make any payments pursuant to the proposed plan.

Debtors have failed to file a confirmable plan in the
instant Chapter 13 case. Such failure represents an unreasonable
and prejudicial delay in protecting the rights and interests of
the estate and Debtors' creditors;  accordingly, it is hereby

ORDERED that confirmation of the Debtors' Chapter 13 Plan is
DENIED for Debtors' failure to comply with the applicable
provisions of 11 U.S.C. Section 1325(a)(1).  It is further

ORDERED that Trustee's request to dismiss this case pursuant
to 11 U.S.C. Sections 105(a) and 109(g) is GRANTED: Debtors are
hereby ineligible to file for relief as to Chapter 13 under Title
11 of the United States Bankruptcy Code for one hundred eighty
(180) days from the date of entry of this Order.

The Clerk of Court is directed to serve notice of this Order
on all creditors, parties in interest, Debtors and Debtors'
attorney.

**[END OF DOCUMENT]**

Presented by:


_/S/_____
Mandy K. Campbell, Attorney
for the Chapter 13 Trustee
GA Bar No. 142676
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
TEL:  678-510-1444
FAX:  678-510-1450